AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Apple iPhone, Model: A1549, IMEI 358371065974936;<br>Currently Located at 18134 E. Petroleum Drive,<br>Baton Rouge, Louisiana | )<br>)<br>)   Case No. 21-MJ- 25<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Middle    District of    Louisiana   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    March 17, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Richard L. Bourgeois, Jr.   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    3/3/2021 1:13pm    _____
*Judge's signature*

City and state:    Baton Rouge, Louisiana       Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

The property to be searched is an Apple iPhone, A1549, IMEI: 358371065974936, assigned phone number **(225) 910-5338.** The property to be searched is located at 18134 E. Petroleum Drive, Baton Rouge, Louisiana 70809, in the Middle District of Louisiana.

This warrant authorizes the forensic examination of this device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the device described in Attachment A that relate to violations of Title 18, United States Code, Sections 2422(b) which prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so. including the following:

   a. Any voice messages, text messages, phone numbers, pictures, GPS, and other electronic data and or media contained within the hardware or within cloud based storage accessible by the device, or cellular operating system of the cellular phone/electronic device that identifies the owner and or possessor of the cellular phone.

   b. Any voice messages, text messages, phone numbers, pictures, GPS, and other electronic data and or media contained within the hardware or within cloud based storage accessible by the device, or cellular operating system of the cellular phone/electronic device that details communication with the minor victim and potential other minor victims.

   c. Any and all voice messages, text messages, phone numbers, pictures, GPS, and other electronic data and or media contained within the hardware, software, and or microprocessors of the cellular phone/electronic device related to the above listed crime.

   d. Any voice messages, text messages, phone numbers, pictures, GPS, and other electronic data and or media contained within the Mini Secure Digital

      (MiniSD), MultiMedia Card Mobile (MMCmobile), or any other types of card slots support removable memory cards or specialized peripherals, such as an SDIO Wi-Fi card and or cellular operating system related to the above listed crimes.

    e. Any photographs, text messages, phone logs, or GPS information located within the internal memory of the cellular phone/electronic device related to the above listed crime.

    f. Any and all hidden, erased, compressed, password protected, and/or encrypted files as they relate to the above listed crimes.

    g. All other records and materials relating to violations of Title 18, United States Code, Sections 2422(b), 2251(a), 2251(b), 2252, and 2252A.

6. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and

technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | Return | |
|---|---|---|
| Case No.: 21-MJ-25 | Date and time warrant executed: 3/3/21 at 3:00 PM | Copy of warrant and inventory left with: Nikilia Stovall |

Inventory made in the presence of: Nikita Stovall / FBI

Inventory of the property taken and name(s) of any person(s) seized:

Disc containing 319 MB of data

DB

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/3/21

_____
Executing officer's signature

David Borgetti / FBI SA
Printed name and title